## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

PAUL LONARDO,                              )
on behalf of himself and                   )      CASE NO. 06 CV962
all others similarly situated,             )
                                           )      JUDGE KATHLEEN M. O'MALLEY
and                                        )
                                           )
DANTE FREZZA,                              )
on behalf of himself and                   )
all others similarly situated,             )
                                           )
and                                        )
                                           )
JOSEPH FELDMAN                             )
on behalf of himself and                   )
and all others similarly situated          )
                                           )
          *Plaintiffs*                     )
                                           )
VS.                                        )
                                           )
THE TRAVELERS INDEMNITY                    )
COMPANY                                    )
                                           )
and                                        )
                                           )
THE STANDARD FIRE INSURANCE                )
COMPANY                                    )
                                           )
          *Defendants*                     )

STATE OF ARKANSAS
COUNTY OF PULASKI

### AFFIDAVIT OF THOMAS P. THRASH

Personally appeared before me, the undersigned authority in and aforesaid county and

state, Thomas P. Thrash, who being by me duly sworn states on oath as follows:

My name is Thomas P. Thrash.  I am and have been an attorney for thirty years, and am an experienced litigator, mostly representing victims of defective products and fraudulent insurance practices.

I was co-counsel, with Don Barrett, Dewitt Lovelace, Pierce Gore, Charles Barrett, Eric Kennedy and Dan Goetz, in the group of attorneys who prosecuted the multi-tier pricing litigation against Travelers.  I have participated in this cause of action against Standard Fire and Travelers, since 2004.  I filed the Arkansas case, *Feldman v. Standard Fire Insurance Company and Travelers Indemnity Company, Eastern District of Arkansas, Case No. 4:08-cv-4140.*

I was indirectly involved in the settlement negotiations.  Discussions were protracted, difficult, and certainly at arm's length.  After several meetings, the cases were resolved and the proposed settlement submitted to the Court for approval.  The substantive terms of the settlement were reached before the issue of attorney's fees was discussed.

My time and expense records for this litigation are attached and are true and correct to the best of my informed knowledge and belief.

FURTHER AFFIANT SAYETH NOT.

Witness the signature of Affiant on this 22nd day of January, 2010.

_____
Thomas P. Thrash


**SWORN TO** and subscribed in my presence this 22nd day of January, 2010.

_____
NOTARY PUBLIC

CYDNI BETH THRASHER
COMMISSION EXPIRES
NOTARY
PUBLIC
JULY 10, 2012
PULASKI COUNTY, ARKANSAS

2010-01-22
12:08 PM

THOMAS P. THRASH
Slip Listing

Page     1

---

Selection Criteria

Slip.Date              2000-09-01 - 2010-12-31
Slip.Classification    Open
Client (hand select)   Include: Travelers/Standard Fire

---

Rate Info - identifies rate source and level

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 5373<br>2004-05-18<br>WIP<br>Review correspondence from Sparky. | TIME<br>TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5780<br>2004-05-20<br>WIP<br>Review insurance department files | TIME<br>TPT<br>Preparation<br>Travelers/Standard Fire | 5.00<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 2500.00 |
| 5781<br>2004-05-21<br>WIP<br>Telephone conference wtih Sparky Lovelace; Organize files - insurance department; Review documents provided by Sparky Lovelace. | TIME<br>TPT<br>Preparation<br>Travelers/Standard Fire | 2.00<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 1000.00 |
| 5370<br>2004-07-01<br>WIP<br>Prepare Advertisement | TIME<br>TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5345<br>2004-07-01<br>WIP<br>Postage | EXP<br>TPT<br>Postage<br>Travelers/Standard Fire | 1 | 0.37 | 0.37 |
| 5346<br>2004-07-04<br>WIP<br>Paid Pine Bluff Commercial Ad. | EXP<br>TPT<br>Advertisements<br>Travelers/Standard Fire | 1 | 315.00 | 315.00 |
| 5782<br>2004-07-06<br>WIP<br>Travel to Pine Bluff meeting with Jeraldine Henry; review documents from Jeraldine Henry; Meeting with other insureds. | TIME<br>TPT<br>Preparation<br>Travelers/Standard Fire | 5.00<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 2500.00 |

2010-01-22
12:08 PM

THOMAS P. THRASH
Slip Listing

Page    2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| | | 1 | 1.75 | 1.75 |
| 5347          EXP<br>2004-07-06<br>WIP<br>Postage | TPT<br>Postage<br>Travelers/Standard Fire | | | |
| 5371          TIME<br>2004-07-07<br>WIP<br>Review property & casualty list from Sparky<br>Lovelace | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5372          TIME<br>2004-07-07<br>WIP<br>Prepare Summons, Civil Coversheet,<br>Complaint and Engagement Letter for Jerline<br>Henry | TPT<br>Preparation<br>Travelers/Standard Fire | 5.00<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 2500.00 |
| 5348          EXP<br>2004-08-24<br>WIP<br>Postage | TPT<br>Postage<br>Travelers/Standard Fire | 1 | 0.37 | 0.37 |
| 5783          TIME<br>2005-02-17<br>WIP<br>Review draft Complaint. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5784          TIME<br>2005-03-14<br>WIP<br>Review draft Complaint | TPT<br>Preparation<br>Travelers/Standard Fire | 0.30<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 150.00 |
| 5785          TIME<br>2005-06-06<br>WIP<br>Review Traveler's Motion to Dismiss and<br>Motion to Strike | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5786          TIME<br>2005-07-15<br>WIP<br>Review Response to Motion to Dismiss and<br>Motion to Strike | TPT<br>Preparation<br>Travelers/Standard Fire | 2.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 1250.00 |
| 5787          TIME<br>2005-08-26<br>WIP<br>Review Case Management Order | TPT<br>Preparation<br>Travelers/Standard Fire | 0.20<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 100.00 |

2010-01-22
12:08 PM

THOMAS P. THRASH
Slip Listing

Page    3

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 5788<br>2005-09-22<br>WIP<br>Review First Amended Complaint | TIME | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5789<br>2006-03-22<br>WIP<br>Review Order denying Motion to Dismiss. | TIME | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5790<br>2006-07-14<br>WIP<br>Review Interrogatories & document requests. | TIME | TPT<br>Preparation<br>Travelers/Standard Fire | 1.00<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 500.00 |
| 5791<br>2006-10-31<br>WIP<br>Review Protective Order | TIME | TPT<br>Preparation<br>Travelers/Standard Fire | 0.20<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 100.00 |
| 5792<br>2007-04-10<br>WIP<br>Review Motion for Class Certification | TIME | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5349<br>2007-04-23<br>WIP<br>Travel to Pine Bluff - meeting with potential<br>clients - 100 miles @ $0.44 per mile. | EXP | TPT<br>Travel<br>Travelers/Standard Fire | 1 | 44.00 | 44.00 |
| 2853<br>2007-05-14<br>WIP<br>Meal | EXP | 2007-05-17 | TPT<br>Meals Expense<br>Travelers/Standard Fire | 1 | 164.97 | 164.97 |
| 2855<br>2007-05-14<br>WIP<br>Meal | EXP | 2007-05-17 | TPT<br>Meals Expense<br>Travelers/Standard Fire | 1 | 16.74 | 16.74 |
| 2854<br>2007-05-14<br>WIP<br>Meal | EXP | 2007-05-17 | TPT<br>Meals Expense<br>Travelers/Standard Fire | 1 | 109.70 | 109.70 |
| 2856<br>2007-05-14<br>WIP<br>Meal | EXP | 2007-05-17 | TPT<br>Meals Expense<br>Travelers/Standard Fire | 1 | 8.00 | 8.00 |

2010-01-22                      THOMAS P. THRASH                      Page      4
12:08 PM                          Slip Listing

| Slip ID | | | Timekeeper | Units | Rate | Slip Value |
|---------|---|---|-----------|-------|------|-----------|
| Dates and Time | | | Activity | DNB Time | Rate Info | |
| Posting Status | | | Client | Est. Time | Bill Status | |
| Description | | | Reference | Variance | | |
| | | | TPT | 1 | 8.50 | 8.50 |
| 2857 | EXP | | Meals Expense | | | |
| 2007-05-14 | | 2007-05-17 | Travelers/Standard Fire | | | |
| WIP | | | | | | |
| Meal | | | | | | |
| | | | TPT | 1 | 48.76 | 48.76 |
| 2858 | EXP | | Miscellaneous | | | |
| 2007-05-14 | | 2007-05-17 | Travelers/Standard Fire | | | |
| WIP | | | | | | |
| Gas | | | | | | |
| | | | TPT | 12.00 | 500.00 | 6000.00 |
| 5486 | TIME | | Preparation | 0.00 | T | |
| 2007-05-14 | | | Travelers/Standard Fire | 0.00 | | |
| WIP | | | | 0.00 | | |
| Travel to Destin; Preparartion in Standard | | | | | | |
| Fire/Travelers. | | | | | | |
| | | | TPT | 1 | 28.00 | 28.00 |
| 2859 | EXP | | Miscellaneous | | | |
| 2007-05-14 | | 2007-05-17 | Travelers/Standard Fire | | | |
| WIP | | | | | | |
| Parking | | | | | | |
| | | | TPT | 1 | 14.55 | 14.55 |
| 2860 | EXP | | Travel | | | |
| 2007-05-14 | | 2007-05-17 | Travelers/Standard Fire | | | |
| WIP | | | | | | |
| Travel to airport - 30 miles @ $0.485 per mile | | | | | | |
| | | | TPT | 1 | 5.00 | 5.00 |
| 2861 | EXP | | Miscellaneous | | | |
| 2007-05-14 | | 2007-05-17 | Travelers/Standard Fire | | | |
| WIP | | | | | | |
| Shuttle to airport | | | | | | |
| | | | TPT | 8.00 | 500.00 | 4000.00 |
| 5487 | TIME | | Preparation | 0.00 | T | |
| 2007-05-15 | | | Travelers/Standard Fire | 0.00 | | |
| WIP | | | | 0.00 | | |
| Preparartion in Standard Fire/Travelers; | | | | | | |
| Meeting. | | | | | | |
| | | | TPT | 8.00 | 500.00 | 4000.00 |
| 5489 | TIME | | Preparation | 0.00 | T | |
| 2007-05-16 | | | Travelers/Standard Fire | 0.00 | | |
| WIP | | | | 0.00 | | |
| Preparartion in Standard Fire/Travelers; | | | | | | |
| Meeting. | | | | | | |
| | | | TPT | 1 | 9.07 | 9.07 |
| 2873 | EXP | | Meals Expense | | | |
| 2007-05-17 | | | Travelers/Standard Fire | | | |
| WIP | | | | | | |
| Quizno's | | | | | | |
| | | | TPT | 16.00 | 500.00 | 8000.00 |
| 5488 | TIME | | Preparation | 0.00 | T | |
| 2007-05-17 | | | Travelers/Standard Fire | 0.00 | | |
| WIP | | | | 0.00 | | |
| Travel to Little Rock; Preparartion in | | | | | | |

THOMAS P. THRASH
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Standard Fire/Travelers | | | | |
| 5376     TIME<br>2007-09-24<br>WIP<br>Prepare Complaint - Feldman | TPT<br>Preparation<br>Travelers/Standard Fire | 4.00<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 2000.00 |
| 5391     TIME<br>2007-10-01<br>WIP<br>Correspondence with Richard Watts & Nicki<br>Feldman; Review discovery from Watts. | TPT<br>Preparation<br>Travelers/Standard Fire | 2.00<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 1000.00 |
| 5377     TIME<br>2007-11-30<br>WIP<br>Prepare Engagement Letter - Feldman | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5352     TIME<br>2008-01-11<br>WIP<br>Correspondence with Dan Goetz | TPT<br>Preparation<br>Travelers/Standard Fire | 0.25<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 125.00 |
| 5375     TIME<br>2008-01-15<br>WIP<br>Prepare 1st Discovery and Requests for<br>Admission (Feldman) | TPT<br>Preparation<br>Travelers/Standard Fire | 3.00<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 1500.00 |
| 5353     TIME<br>2008-02-13<br>WIP<br>Correspondence with Sparky Lovelace | TPT<br>Preparation<br>Travelers/Standard Fire | 0.25<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 125.00 |
| 5354     TIME<br>2008-02-18<br>WIP<br>Correspondence with Sparky Lovelace | TPT<br>Preparation<br>Travelers/Standard Fire | 0.25<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 125.00 |
| 5392     TIME<br>2008-02-19<br>WIP<br>Review Notice of Removal & Corporate<br>Disclosure Statement | TPT<br>Preparation<br>Travelers/Standard Fire | 1.00<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 500.00 |
| 5393     TIME<br>2008-02-20<br>WIP<br>Review Initial Scheduling Order;<br>Correspondence with Sparky Lovelace | TPT<br>Preparation<br>Travelers/Standard Fire | 1.00<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 500.00 |

2010-01-22
12:08 PM

THOMAS P. THRASH
Slip Listing

Page    6

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 5394 TIME 2008-02-21 WIP Correspondence with Sparky Lovelace, Don Barrett & Charles Barrett | TPT Preparation Travelers/Standard Fire | 1.00 0.00 0.00 0.00 | 500.00 T | 500.00 |
| 5395 TIME 2008-02-25 WIP Correspondence with Sparky Lovelace; Review Standard Fire Motion for Extension; Correspondence with Greg Jones; Review letter to Judge. | TPT Preparation Travelers/Standard Fire | 2.00 0.00 0.00 0.00 | 500.00 T | 1000.00 |
| 5396 TIME 2008-02-27 WIP Review ECF filings | TPT Preparation Travelers/Standard Fire | 1.00 0.00 0.00 0.00 | 500.00 T | 500.00 |
| 5398 TIME 2008-02-28 WIP Review Motion granting Extension | TPT Preparation Travelers/Standard Fire | 0.25 0.00 0.00 0.00 | 500.00 T | 125.00 |
| 5379 TIME 2008-03-03 WIP Prepare Motion to Remand & Brief | TPT Preparation Travelers/Standard Fire | 6.50 0.00 0.00 0.00 | 500.00 T | 3250.00 |
| 5399 TIME 2008-03-04 WIP File Motion to Remand; Review Motion to Appear by Greg Jones | TPT Preparation Travelers/Standard Fire | 0.50 0.00 0.00 0.00 | 500.00 T | 250.00 |
| 5400 TIME 2008-03-05 WIP Review Order Granting Motion to Appear of Greg Jones. | TPT Preparation Travelers/Standard Fire | 0.50 0.00 0.00 0.00 | 500.00 T | 250.00 |
| 5401 TIME 2008-03-06 WIP Review Motion for Extenstion; Review Order from Greg Jones. | TPT Preparation Travelers/Standard Fire | 0.50 0.00 0.00 0.00 | 500.00 T | 250.00 |
| 5402 TIME 2008-03-07 WIP Review Order Granting Motion for Extension. | TPT Preparation Travelers/Standard Fire | 0.25 0.00 0.00 0.00 | 500.00 T | 125.00 |

2010-01-22
12:08 PM

THOMAS P. THRASH
Slip Listing

Page     7

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 5355          TIME<br>2008-03-28<br>WIP<br>Correspondence with Pierce Gore, Charles<br>Barrett & Sparky Lovelace; Review Stanich<br>Class Certification Opinion | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5403          TIME<br>2008-04-04<br>WIP<br>Review Response in Opposition to Motion to<br>Remand. | TPT<br>Preparation<br>Travelers/Standard Fire | 1.00<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 500.00 |
| 5356          TIME<br>2008-04-18<br>WIP<br>Correspondence with Dan Goetz; Review<br>Stanich documents from Dan Goetz. | TPT<br>Preparation<br>Travelers/Standard Fire | 2.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 1250.00 |
| 5404          TIME<br>2008-05-06<br>WIP<br>Correspondence with Greg Jones. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5405          TIME<br>2008-05-08<br>WIP<br>File Motion to Stay Rule 26(f) Requirements;<br>Review Order Granting Motion to Stay Rule<br>26(f) Requirements. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5380          TIME<br>2008-05-08<br>WIP<br>Prepare Motion to Stay Rule 26(f)<br>Requirements | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5406          TIME<br>2008-05-13<br>WIP<br>Review Order of Reassignment. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5407          TIME<br>2008-05-14<br>WIP<br>Review Order Grtanting Motion to Remand;<br>Correspondence with Sparky Lovelace. | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5408          TIME<br>2008-05-23<br>WIP<br>Review Petition to Appeal; Corresponsence | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |

THOMAS P. THRASH
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| with Tony Eliseuson | | | | |
| 5409     TIME<br>2008-05-27<br>WIP<br>Teleconference with Sparky Lovelace re:<br>Petition. | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5357     TIME<br>2008-06-02<br>WIP<br>Correspondence with Don Barrett; Attend<br>Teleconference; Review Amended<br>Complaint. | TPT<br>Preparation<br>Travelers/Standard Fire | 4.00<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 2000.00 |
| 5378     TIME<br>2008-06-03<br>WIP<br>Prepare Motion for Extension | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5410     TIME<br>2008-06-03<br>WIP<br>Correspondence with Charles Barrett & Alex<br>Peet; REview draft Motion for Extension &<br>File | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5411     TIME<br>2008-06-06<br>WIP<br>Correspondence with Alex Peet, Charles<br>Barrett & Sparky Lovelace; Review case law. | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5412     TIME<br>2008-06-09<br>WIP<br>Review Order Granting Extension;<br>Correspondence with Alex. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5413     TIME<br>2008-06-17<br>WIP<br>Correspondence with Charles Barrett & Alex<br>Peet; Review Petition Response & File. | TPT<br>Preparation<br>Travelers/Standard Fire | 2.00<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 1000.00 |
| 5414     TIME<br>2008-07-01<br>WIP<br>Review judgment denying petition &<br>mandates. | TPT<br>Preparation<br>Travelers/Standard Fire | 1.00<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 500.00 |

| 2010-01-22 | THOMAS P. THRASH | Page | 9 |
| 12:08 PM | Slip Listing | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 5415          TIME<br>2008-07-17<br>WIP<br>Correspondence with Charles Barrett re:<br>Discovery. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5416          TIME<br>2008-08-18<br>WIP<br>Correspondence with Charles Barrett re:<br>Motion to Dismiss. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5417          TIME<br>2008-08-20<br>WIP<br>Correspondence with Charles Barrett re:<br>Motion to Dismiss | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5418          TIME<br>2008-08-25<br>WIP<br>Correspondence with Charles Barrett &<br>Sparky Lovelace. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5419          TIME<br>2008-09-02<br>WIP<br>Correspondence with Sparky Lovelace, Alex<br>Peet & Charles Barrett re: Arbitration Brief. | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5420          TIME<br>2008-09-11<br>WIP<br>Correspondence with Charles Barrett;<br>Review draft Amended Complaint. | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5795          TIME<br>2008-09-11<br>WIP<br>Telephone conferences with Charles Barrett | TPT<br>Preparation<br>Travelers/Standard Fire | 0.80<br>0.00<br>0.00 | 500.00<br>T | 400.00 |
| 5421          TIME<br>2008-09-12<br>WIP<br>Correspondence with Charles Barrett & Dan<br>Goetz re: New Class Definition; Review case<br>law. | TPT<br>Preparation<br>Travelers/Standard Fire | 2.50<br>0.00<br>0.00 | 500.00<br>T | 1250.00 |
| 5422          TIME<br>2008-09-23<br>WIP<br>Correspondence with Charles Barrett; | TPT<br>Preparation<br>Travelers/Standard Fire | 1.00<br>0.00<br>0.00 | 500.00<br>T | 500.00 |

2010-01-22
12:08 PM

THOMAS P. THRASH
Slip Listing

Page    10

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

Review changes to Amended Complaint.

| 5796 | TIME | TPT | 0.60 | 500.00 | 300.00 |
| 2008-09-23 | | Preparation | 0.00 | T | |
| WIP | | Travelers/Standard Fire | 0.00 | | |
| | | | 0.00 | | |

Conference with Dan Goetz & Charles Barrett; Telephone conference with Charles Barrett.

| 5423 | TIME | TPT | 1.00 | 500.00 | 500.00 |
| 2008-09-24 | | Preparation | 0.00 | T | |
| WIP | | Travelers/Standard Fire | 0.00 | | |
| | | | 0.00 | | |

Correspondence with Charles Barrett; Review changes to Amended Complaint.

| 5424 | TIME | TPT | 1.00 | 500.00 | 500.00 |
| 2008-09-25 | | Preparation | 0.00 | T | |
| WIP | | Travelers/Standard Fire | 0.00 | | |
| | | | 0.00 | | |

Correspondence with Charles Barrett; Review changes to Amended Complaint.

| 5425 | TIME | TPT | 1.00 | 500.00 | 500.00 |
| 2008-10-01 | | Preparation | 0.00 | T | |
| WIP | | Travelers/Standard Fire | 0.00 | | |
| | | | 0.00 | | |

Correspondence with Dan Goetz & Charles Barrett.

| 5426 | TIME | TPT | 1.00 | 500.00 | 500.00 |
| 2008-10-06 | | Preparation | 0.00 | T | |
| WIP | | Travelers/Standard Fire | 0.00 | | |
| | | | 0.00 | | |

Correspondence with Dan Goetz & Charles Barrett

| 5797 | TIME | TPT | 0.30 | 500.00 | 150.00 |
| 2008-10-07 | | Preparation | 0.00 | T | |
| WIP | | Travelers/Standard Fire | 0.00 | | |
| | | | 0.00 | | |

Review Amended Complaint; Correspondence to Charles Barrett.

| 5427 | TIME | TPT | 0.50 | 500.00 | 250.00 |
| 2008-10-07 | | Preparation | 0.00 | T | |
| WIP | | Travelers/Standard Fire | 0.00 | | |
| | | | 0.00 | | |

Correspondence with Dan Goetz

| 5381 | TIME | TPT | 2.50 | 500.00 | 1250.00 |
| 2008-10-10 | | Preparation | 0.00 | T | |
| WIP | | Travelers/Standard Fire | 0.00 | | |
| | | | 0.00 | | |

Prepare First Amended Complaint

| 5428 | TIME | TPT | 0.50 | 500.00 | 250.00 |
| 2008-10-20 | | Preparation | 0.00 | T | |
| WIP | | Travelers/Standard Fire | 0.00 | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Correspondence with Charles Barrett re:<br>Amended Complaint. | | 0.00 | | |
| 5429            TIME<br>2008-10-29<br>WIP<br>Review discovery from Tony Eliseuson. | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5383            TIME<br>2008-11-03<br>WIP<br>Prepare Responses to Discovery | TPT<br>Preparation<br>Travelers/Standard Fire | 2.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 1250.00 |
| 5430            TIME<br>2008-11-03<br>WIP<br>Correspondence with Sparky Lovelace re:<br>discovery. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5431            TIME<br>2008-11-10<br>WIP<br>Review Notice of Remand; Motion to<br>Dismiss; File First Amended Complaint;<br>Review Corporate Disclosure Statement. | TPT<br>Preparation<br>Travelers/Standard Fire | 3.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 1750.00 |
| 5432            TIME<br>2008-11-12<br>WIP<br>Correspondence with Greg Jones and Alex<br>Peet. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5433            TIME<br>2008-11-13<br>WIP<br>Correspondence with Alex Peet; Review<br>Petition Response. | TPT<br>Preparation<br>Travelers/Standard Fire | 2.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 1250.00 |
| 5434            TIME<br>2008-11-14<br>WIP<br>Review Motion for Extension;<br>Correspondence with Charles Barrett & Greg<br>Jones; Review letter to Judge. | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5435            TIME<br>2008-11-18<br>WIP<br>Correspondence with Alex Peet; Review<br>Order granting Extension. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |

THOMAS P. THRASH
Slip Listing

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 5436          TIME 2008-11-19 WIP Correspondence with Alex Peet & Charles Barrett; File Notice of Related Cases. | TPT Preparation Travelers/Standard Fire | 1.00 0.00 0.00 0.00 | 500.00 T | 500.00 |
| 5382          TIME 2008-11-19 WIP Prepare Notice of Related Cases | TPT Preparation Travelers/Standard Fire | 1.50 0.00 0.00 0.00 | 500.00 T | 750.00 |
| 5437          TIME 2008-11-20 WIP COrrespondence with Sparky Lovelace. | TPT Preparation Travelers/Standard Fire | 0.50 0.00 0.00 0.00 | 500.00 T | 250.00 |
| 5438          TIME 2008-11-21 WIP COrrespondence with Alex Peet. | TPT Preparation Travelers/Standard Fire | 0.50 0.00 0.00 0.00 | 500.00 T | 250.00 |
| 5439          TIME 2008-11-24 WIP COrrespondence with Alex Peet. | TPT Preparation Travelers/Standard Fire | 0.50 0.00 0.00 0.00 | 500.00 T | 250.00 |
| 5440          TIME 2008-11-26 WIP Correspondence with Alex Peet; Review Draft Motion to Remand. | TPT Preparation Travelers/Standard Fire | 1.50 0.00 0.00 0.00 | 500.00 T | 750.00 |
| 5441          TIME 2008-12-02 WIP Correspondence with Alex Peet re: Remand. | TPT Preparation Travelers/Standard Fire | 0.50 0.00 0.00 0.00 | 500.00 T | 250.00 |
| 5442          TIME 2008-12-03 WIP Correspondence with Sparky Lovelace re: Remand. | TPT Preparation Travelers/Standard Fire | 0.50 0.00 0.00 0.00 | 500.00 T | 250.00 |
| 5443          TIME 2008-12-04 WIP Review Order; Review final Mortion to Remand & Brief; Correspondence with Alex Peet. | TPT Preparation Travelers/Standard Fire | 1.50 0.00 0.00 0.00 | 500.00 T | 750.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 5444         TIME<br>2008-12-08<br>WIP<br>Review Order of Reassignment;<br>Correspondence with Alex Peet & Sparky<br>Lovelace; File Motion to Remand & Brief. | TPT<br>Preparation<br>Travelers/Standard Fire | 2.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 1250.00 |
| 5445         TIME<br>2008-12-10<br>WIP<br>Review Docket Correction. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.25<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 125.00 |
| 5446         TIME<br>2008-12-15<br>WIP<br>Review Motion for Extension. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.25<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 125.00 |
| 5447         TIME<br>2008-12-17<br>WIP<br>Review Motion Pro Hac Vice for Charles<br>Barrett; Review Order Granting Extension. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5448         TIME<br>2008-12-18<br>WIP<br>Review Order Granting Pro Hac Vice for<br>Charles Barrett. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5449         TIME<br>2009-01-05<br>WIP<br>Review Initial Scheduling Order. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5450         TIME<br>2009-01-08<br>WIP<br>Correspondence with Joe Feldman; Review<br>Discovery Responses from client. | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5451         TIME<br>2009-01-09<br>WIP<br>Review Response to Motion to Remand. | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5452         TIME<br>2009-01-12<br>WIP<br>Correspondence with Alex Peet. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |

2010-01-22
12:08 PM

THOMAS P. THRASH
Slip Listing

Page     14

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 5453          TIME<br>2009-01-14<br>WIP<br>Correspondence with Alex Peet; Review<br>Remand Reply. | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5454          TIME<br>2009-01-15<br>WIP<br>Correspondence with Alex Peet; Review<br>edits to Motion to Remand Reply. | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5455          TIME<br>2009-01-16<br>WIP<br>Correspondence with Alex Peet; Review<br>edits to Motion to Remand Reply. | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5456          TIME<br>2009-01-19<br>WIP<br>File Motion to Remand Reply. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5457          TIME<br>2009-01-26<br>WIP<br>Review Stanich Memo granting Class<br>Certification; Correspondence with Sparky<br>Lovelace. | TPT<br>Preparation<br>Travelers/Standard Fire | 2.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 1250.00 |
| 5793          TIME<br>2009-01-27<br>WIP<br>Review Class Certification Order | TPT<br>Preparation<br>Travelers/Standard Fire | 2.00<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 1000.00 |
| 5458          TIME<br>2009-01-27<br>WIP<br>File Sur-Reply to Motion to Remand Reply;<br>Correspondence with Sparky Lovelace. | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5459          TIME<br>2009-02-04<br>WIP<br>Review Order Granting Remand;<br>Correspondence with Charles Barrett; Alex<br>Peet & Sparky Lovelace. | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |

THOMAS P. THRASH
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 5460          TIME<br>2009-02-05<br>WIP<br>Review docket correction. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.25<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 125.00 |
| 5461          TIME<br>2009-02-06<br>WIP<br>Correspondence with Charles Barrett re:<br>Stanich. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5794          TIME<br>2009-02-13<br>WIP<br>Review Case Management Order | TPT<br>Preparation<br>Travelers/Standard Fire | 0.20<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 100.00 |
| 5462          TIME<br>2009-02-13<br>WIP<br>Correspondence with Tony Eliseuson;<br>Review Petition. | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5464          TIME<br>2009-02-16<br>WIP<br>Correspondence with Sparky Lovelace. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5463          TIME<br>2009-02-17<br>WIP<br>Review filed Petition to Appeal. | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5465          TIME<br>2009-02-20<br>WIP<br>Correspondence with Alex Peet; Review<br>Draft Response to Petition. | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5466          TIME<br>2009-02-23<br>WIP<br>Correspondence with Sparky Lovelace;<br>Review draft Petition documents;<br>Correspondence with Alex Peet. | TPT<br>Preparation<br>Travelers/Standard Fire | 2.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 1250.00 |
| 5467          TIME<br>2009-02-25<br>WIP<br>Correspondence with Alex Peet; Review<br>edits to Petition Response. | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |

2010-01-22
12:08 PM

THOMAS P. THRASH
Slip Listing

Page    16

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 5468        TIME<br>2009-02-26<br>WIP<br>Correspondence with Sparky Lovelace;<br>Review final docs to file. | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5469        TIME<br>2009-02-27<br>WIP<br>File Response to Petition; Correspondence<br>with Greg Jones; Review Case Law;<br>Correspondence with Sparky Lovelace. | TPT<br>Preparation<br>Travelers/Standard Fire | 2.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 1250.00 |
| 5470        TIME<br>2009-02-27        2009-02-28<br>WIP<br>Correspondence with Greg Jones. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5471        TIME<br>2009-03-03<br>WIP<br>Review Order granting appeal; Review<br>briefing schedule; Correspondence with<br>Sparky Lovelace. | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5472        TIME<br>2009-03-06<br>WIP<br>Review revised briefing schedule. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5473        TIME<br>2009-03-09<br>WIP<br>Correspondence with Charles Barrett re:<br>Calendar dates. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5474        TIME<br>2009-03-10<br>WIP<br>Review filed Appeal by Greg Jones. | TPT<br>Preparation<br>Travelers/Standard Fire | 3.00<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 1500.00 |
| 5475        TIME<br>2009-03-11<br>WIP<br>Review judgment; Correspondence with<br>Sparky Lovelace & Charles Barrett. | TPT<br>Preparation<br>Travelers/Standard Fire | 1.00<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 500.00 |
| 5476        TIME<br>2009-03-27<br>WIP<br>Correspondence with Don Barrett; Review<br>Lonardo Letter. | TPT<br>Preparation<br>Travelers/Standard Fire | 1.00<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 500.00 |

THOMAS P. THRASH
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 5477          TIME<br>2009-03-30<br>WIP<br>Correspondence with Don re: Conference Call. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5478          TIME<br>2009-03-31<br>WIP<br>Attend Conference Call; Correspondence with Charles Barrett, Alex Peet & Sparky Lovelace; Review Class Certification Order; Review Supplemental Remand Brief. | TPT<br>Preparation<br>Travelers/Standard Fire | 5.00<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 2500.00 |
| 5479          TIME<br>2009-04-01<br>WIP<br>Review Mandate. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5480          TIME<br>2009-04-06<br>WIP<br>Review Judgment & Mandate. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5481          TIME<br>2009-04-07<br>WIP<br>File Supplemental Remand Brief; Correspondence with Sparky Lovelace. | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5482          TIME<br>2009-04-23<br>WIP<br>Review Brief in Opposition of Motion to Remand Supplemental Brief. | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5483          TIME<br>2009-04-24<br>WIP<br>Correspondence with Alex Peet. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5484          TIME<br>2009-04-29<br>WIP<br>Correspondence with Alex Peet. | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5358          TIME<br>2009-06-02<br>WIP<br>Review Lonardo Settlement Chart | TPT<br>Preparation<br>Travelers/Standard Fire | 1.00<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 500.00 |

2010-01-22
12:08 PM

THOMAS P. THRASH
Slip Listing

Page    18

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 5359          TIME 2009-06-03 WIP Correspondence with Sparky re: Lonardo Settlement Chart | TPT Preparation Travelers/Standard Fire | 0.50 0.00 0.00 0.00 | 500.00 T | 250.00 |
| 5360          TIME 2009-06-04 WIP Correspondence with Don Barrett | TPT Preparation Travelers/Standard Fire | 0.50 0.00 0.00 0.00 | 500.00 T | 250.00 |
| 5361          TIME 2009-06-05 WIP Correspondence with Don Barrett & Sparky Lovelace | TPT Preparation Travelers/Standard Fire | 0.50 0.00 0.00 0.00 | 500.00 T | 250.00 |
| 5485          TIME 2009-06-08 WIP Correspondence with Don Barrett. | TPT Preparation Travelers/Standard Fire | 0.50 0.00 0.00 0.00 | 500.00 T | 250.00 |
| 5362          TIME 2009-06-19 WIP Correspondence with Sparky Lovelace, Charles Barrett & Don Barrett | TPT Preparation Travelers/Standard Fire | 0.50 0.00 0.00 0.00 | 500.00 T | 250.00 |
| 5363          TIME 2009-06-22 WIP Correspondence with Katherine Riley & Sparky Lovelace | TPT Preparation Travelers/Standard Fire | 0.50 0.00 0.00 0.00 | 500.00 T | 250.00 |
| 5364          TIME 2009-06-30 WIP Correspondence with Sparky Lovelace; Charles Barrett; Don Barrett & Pierce Gore re: Target States | TPT Preparation Travelers/Standard Fire | 1.00 0.00 0.00 0.00 | 500.00 T | 500.00 |
| 5365          TIME 2009-07-10 WIP Correspondence with Gary Yarborough | TPT Preparation Travelers/Standard Fire | 0.50 0.00 0.00 0.00 | 500.00 T | 250.00 |
| 5366          TIME 2009-07-20 WIP Correspondence with Sparky re: Meeting | TPT Preparation Travelers/Standard Fire | 0.50 0.00 0.00 0.00 | 500.00 T | 250.00 |

THOMAS P. THRASH
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 5367          TIME<br>2009-07-21<br>WIP<br>Correspondence with Don Barrett re: Meeting | TPT<br>Preparation<br>Travelers/Standard Fire | 0.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 250.00 |
| 5368          TIME<br>2009-07-23<br>WIP<br>Correspondence with Don Barrett & Sparky<br>Lovelace re: outcome of Meeting | TPT<br>Preparation<br>Travelers/Standard Fire | 1.50<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 750.00 |
| 5369          TIME<br>2009-09-21<br>WIP<br>Review Order in Feldman; Telephone<br>conference with Joe Feldman | TPT<br>Preparation<br>Travelers/Standard Fire | 0.25<br>0.00<br>0.00<br>0.00 | 500.00<br>T | 125.00 |
| 5351          EXP<br>2009-09-30<br>WIP<br>Photocopies - 4,277 copies @ $0.20 per copy | TPT<br>Photocopies<br>Travelers/Standard Fire | 1 | 855.40 | 855.40 |

| Grand Total | | | |
|---|---|---|---|
| | Billable | 222.35 | 112805.18 |
| | Unbillable | 0.00 | 0.00 |
| | Total | 222.35 | 112805.18 |