UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL LONARDO, on behalf of himself and all others similarly situated, | ) ) ) ) | CASE NO. 06 CV962 |
| and | ) ) | JUDGE KATHLEEN M. O'MALLEY |
| DANTE FREZZA, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| and | ) ) | |
| JOSEPH FELDMAN on behalf of himself and and all others similarly situated | ) ) ) ) | |
| *Plaintiffs* | ) ) | |
| vs. | ) ) | |
| THE TRAVELERS INDEMNITY COMPANY | ) ) ) | |
| and | ) ) | |
| THE STANDARD FIRE INSURANCE COMPANY | ) ) ) | |
| *Defendants* | ) | |

**NOTICE OF FILING FIRST AMENDMENT TO**
**SETTLEMENT AGREEMENT**

Now come Plaintiffs and hereby give notice of filing the First Amendment to Settlement Agreement, which is attached hereto and marked Exhibit "A", relative to the above captioned matter.

Dated: March 5, 2010.                    Respectfully submitted,

 /s/ R. Eric Kennedy
R. Eric Kennedy (0006174)
Daniel P. Goetz (0065549)
Weisman, Kennedy & Berris Co., L.P.A.
Suite 1600 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115
TEL: (216) 781-1111
FAX: (216) 781-6747 (fax)
ekennedy@weismanlaw.com
dgoetz@weismanlaw.com

Don Barrett
Don Barrett, P.A.
P.O. Box 987
404 Court Square North
Lexington, Mississippi 39095
TEL: (662) 834-2376
FAX: (662) 834-2628 (fax)
dbarrett@barrettlawoffice.com

Charles Barrett
Barrett & Associates, P.A.
6518 Highway 100
Suite 210
Nashville, Tennessee 37205
TEL: (615) 515-3393
FAX: (615) 515-3395 (fax)
cb@barrettandassociates.net

Tom Thrash
1101 Garland Street
Little Rock, AR 72201
TEL: (501) 374-1058
tomthrash@sbcglobal.net

Pierce Gore
Gore Law Firm
P.O. Box 33194
Los Gatos, CA 95031-3194
TEL: (408) 806-4600
FAX: (408) 376-0757
piercegore@yahoo.com

John R. Patchett
Patchett Law Office
104 West Calvert Street
P.O. Box 1176
Marion, IL 62959
TEL: (618) 997-1984
FAX: (618) 998-1495
Patchettlawoffice@verizon.net

Deweitt M. Lovelace
Lovelace Law Firm PA
12870 US Highway 98 West
Suite 200
Destin, FL 32550
TEL: (850) 837-6020
FAX: (850) 837-4093
dml@lovelacelaw.com

Elizabeth J. Cabraser
Jahan C. Sagafi
Lieff, Cabraser, Heimann & Bernstein LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111
TEL: (415) 956-1000
FAX: (415) 956-1008
ecabraser@lchb.com

*Counsel for Plaintiffs and the Class*

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 5, 2010, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, the foregoing was emailed to Theodore H. Frank, attorney for Objector Daniel Greenberg, at tedfrank@gmail.com.

                                                 */s/ R. Eric Kennedy*
                                                 R. Eric Kennedy (0006174)
                                                 Weisman Kennedy & Berris Co., L.P.A.